ACCEPTED
08-17-00066-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/24/2018 6:27 PM
DENISE PACHECO
CLERK

# No. 08-17-00066-CV

## IN THE COURT OF APPEAL FOR THE

## EIGHT DISTRICT OF TEXAS

### EL PASO, TEXAS

IN THE INTEREST OF J.A.N.

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/24/2018 6:27:41 PM
DENISE PACHECO
Clerk

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S LETTER BRIEF

Pursuant to Rule 10.5 (b), Tex.R.App.P. Appellant, LISA ANDREA LAGOS, files her first its Motion for Extension of Time to File Letter Brief.

### I. INTRODUCTION

1.      This is a Appeal from the 388th District Court, El Paso County, Texas; Cause no: **2015DCM5440**.

2.      Appellee is Ricardo Nuñez;

3.      Counsel previously contacted Appellee's attorney and he does not opposes to the extension.

### II. ARGUMENT & AUTHORITY

4.      The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Brief.

5.      Appellant LISA ANDREA LAGOS's letter brief is due on May 25, 2018.

6.      This is the first extension requested by Appellant Attorney.

7.    **TIME REQUESTED**:   Appellant LISA ANDREA LAGOS request an extension of 30 calendar day's to complete her arguments and submit her letter brief.

8.    The undersinging counsel seeks the extension due to conflicting work, contested docket, schedules, Appellant counsel and staff have not been able to finalize Appellant arguments and research on the issues required for Appellant's letter brief.

9.    This request is not made for purposes of delay, but only that justice be done.

10.    Appellant does not believe this delay will prejudice Appellee.

### PRAYER

Appellant LISA ANDREA LAGOS  prays the Honorable Court of Appeals for an extension to file her brief due on **May 25, 2018 to June 25, 2018.**

Respectfully submitted,

Law Office of Marlene Gonzalez, P.C.
912 Magoffin Ave.
El Paso, Texas 79901
Tel:  (915) 544-3388
Fax: (915) 544-1168

By: _____
**MARLENE GONZALEZ**
State Bar No. 08135750
Attorney for LISA ANDREA LAGOS

## CERTIFICATE OF CONFERENCE

I certify that a reasonable effort has been made to request an extension on the Appellant brief and upon a telephonic communication with Appellee attorney Patrick D. Bramblett and he is not opposed with the extension as requested.

**MARLENE GONZALEZ**
Attorney for LISA ANDREA LAGOS

## CERTIFICATE OF SERVICE

I, **MARLENE GONZALEZ** certify that a true copy of the above document was served on Ricardo Nuñez, by and through his attorney Patrick D. Bramblett to: 1013 E. San Antonio Ave. El Paso , Texas 79901 in accordance with the Texas Rules of Appellate Procedure on **May 24, 2018** via electronic service at:patrick@bramblettlaw.us

**MARLENE GONZALEZ**
Attorney for Appellant